CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

**FILED**

Jun 01 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMONN BLINCOE, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 4:26-cr-00270 JST <br><br> 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) - Forfeiture Allegation <br><br> OAKLAND |

### I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:          (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about January 23, 2026, in the Northern District of California, the defendants,

JAMONN BLINCOE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed .40 caliber Smith & Wesson ammunition; the ammunition was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INFORMATION                    1

FORFEITURE ALLEGATION:      (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendants,

JAMONN BLINCOE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a.  all .40 caliber Smith & Wesson rounds of ammunition, seized on or about January 23, 2026;

    b.  all ammunition seized from my residence on or about February 4, 2026.

If any of the property described above, as a result of any act or omission of the defendants:

    a.  cannot be located upon exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//
//

INFORMATION                                         2

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: June 1, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ Ivana Djak

IVANA DJAK
Assistant United States Attorney

INFORMATION                                    3